# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNG LE, *et al.*, <br><br> Movants, <br><br> v. <br><br> ZUFFA, LLC, *et al*. <br><br> Respondents. | **Case No. 17-mc-00028-EPG** <br><br> **ORDER SETTING HEARING ON MOTION TO COMPEL** <br><br> (ECF No. 1) |

Movants Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, and Kyle Kingsbury have filed a Motion to Compel in this miscellaneous case to compel the production of documents from third party Zinkin Entertainment, LLC. The documents are, apparently, related to underlying litigation in *Le et al. v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL, a case that is currently pending in the District of Nevada. Movants represent that they have met and conferred regarding the Motion and would like to file a joint statement regarding the dispute. Movants ask that the Court set a hearing date and time for their Motion.

Accordingly, the Court sets a hearing for **June 23, 2017** at **10:00 a.m.** in Courtroom 10. Any joint statement submitted regarding the Motion shall be filed in accordance with Local Rule 251. The Court grants permission to appear telephonically to any party wishing to do so; parties may telephonically appear by dialing in to the Court's teleconference line using the following number and passcode: 1-888-251-2909; passcode 1024453. Movants are directed to serve a copy

of this order on third party Zinkin Entertainment, LLC and Zuffa, LLC, the defendant in the underlying litigation and shall file the proof of such service with the Court.

IT IS SO ORDERED.

Dated: **May 3, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE